## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES ANTHONY SIMMONS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-2747** |
| | : | |
| **ERIC RIESER,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of August, 2025, upon consideration of Plaintiff Charles Anthony Simmons's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Inmate Trust Account Statement (ECF No. 3) it is **ORDERED** that:

1.   Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.   The Complaint is **DEEMED** filed.

3.   The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**